**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00249-CR

### THE STATE OF TEXAS, Appellant

### V.

### SETH PIERCE, Appellee

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC12-B7508**

## ORDER

The Court **GRANTS** appellee's May 9, 2013 motion to extend time to file his brief only

to the extent that we **ORDER** appellee to file his brief by **MAY 28, 2013**.

The appeal remains set for submission on June 7, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

counsel for all parties.


/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE